UNITED STATES DISTRICT COURT OF ARIZONA

Lawsuit

Darrell L. Gill

Darrell L. Gill

vs

Gary Gardner
Mary Klaas
Sara Lee Corporation

Civil Action No _____

CV 12-1436-PHX-SRB

FILED ___ LODGED
___ RECEIVED ___ COPY
JUL 3 2012
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

COMPLAINTS
ERISA
Breach of Contract
42 USC Section 1981

Darrell L. Gill
6438 S. 21st Place
Phoenix, AZ. 85042

Gary Garner and Mary Klaas
Sara Lee Bakery Group
738 W. Van Buren
Phoenix, AZ. 85007

Sara Lee Corporation
3500 Lacey Road
Downers Grove, IL. 60515-5424

(1) Sara Lee Corporation (the 'company') has established the Sara Lee Corporation Severance Pay Plan (the 'plan') to enable the company to provide severance benefits to eligible employees who involuntarily terminate employment with any United States business unit of the company. It is the intent of the company that the plan, as set forth herein, constitutes an "employee welfare plan" within the meaning of Section 3(1)

of the Employee Retirement Income Security Act of 1974, as amended ("ERISA") and complies with the applicable requirements of ERISA.

> "I have worked for this company for 31 years. I have worked for one company my entire career. I have been very loyal, dependable, and successful in my positions with this company. To make subjective dishonest comments for reasons to discredit my service with this company for purpose of denying me my benefits is in violation of the plan and against the law".

(2) A business contract creates certain obligations that are to be fulfilled by the people or companies who entered into the agreement. In the eyes of the law, a party's failure to fulfill an end of the bargain under a contract is known as a "breach" of the contract.

> "An employee benefits with the organization he/she works for helps decides whether or not he/she will make it a career with this organization. Failure by the company to honor this contract is very harmful and damaging to the employee".

(3) 42 USC $1981 – EQUAL RIGHTS UNDER THE LAW
   (a) Statement of equal rights.
   (b) Make and enforce contracts defined.
   (c) Protection against impairment.

> "Treating employees different based on race, color, religion, sex, or national origin is a violation of Federal law of the United States. This should include hiring and firing, compensation, transfers, promotions, fringe benefits, retirement plans, disabilities, and other terms and conditions of employment".

My lawsuit is asking for compensatory and punitive damages.

Darrell L. Gill

*/s/ Darrell L. Gill*