IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Darrell L. Gill, | No. CV-12-01436-PHX-GMS |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| Sara Lee Corporation Severance Pay Plan; and Earthgrains Baking Companies, Inc., | |
| Defendants. | |

**IT IS HEREBY ORDERED** granting the parties' Joint Motion for Dismissal With Prejudice (Doc. 27), with each to bear their own attorneys' fees and costs.

Dated this 17th day of January, 2013.

*/s/ A. Murray Snow*
G. Murray Snow
United States District Judge